IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Junious, Carl

Printed: 03/10/09

Case Number:  07 B 14035
Judge:  Squires, John H
Filed:  8/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 7, 2009
Confirmed: October 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,946.62 |  |
| Secured: |  | 1,617.64 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,500.00 |
| Trustee Fee: |  | 316.53 |
| Other Funds: |  | 3,512.45 |
| Totals: | 8,946.62 | 8,946.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nella E Mariani PC | Administrative | 3,500.00 | 3,500.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Aronson Furniture Company | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 24,991.03 | 1,617.64 |
| 5. | Commonwealth Edison | Unsecured | 698.20 | 0.00 |
| 6. | Dakota State Bank | Unsecured | 370.74 | 0.00 |
| 7. | Aronson Furniture Company | Unsecured | 645.85 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 193.91 | 0.00 |
| 9. | Regional Acceptance | Unsecured | 8,220.50 | 0.00 |
| 10. | Plains Commerce Bank | Unsecured | 264.34 | 0.00 |
| 11. | B-Real LLC | Unsecured | 631.84 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 91.22 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 1,231.04 | 0.00 |
| 14. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 15. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
|  |  |  | $ 40,838.67 | $ 5,117.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 180.13 |
| 6.5% | 136.40 |
| 6.6% | 0.00 |
|  | $ 316.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Junious, Carl | Case Number:  07 B 14035 |
| | Judge:  Squires, John H |
| Printed: 03/10/09 | Filed:  8/4/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*